UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILAGROS G. VILLARREAL,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MICHELLE KING,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No: 2:24-cv-08674-AJR<br><br>**JUDGMENT** |

The Court hereby approves the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged with this Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: February 5, 2025

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　HON. A. JOEL RICHLIN
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE